FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:18-cv-00455-JM-PSH

Jury Trial: ☑ Yes ☐ No *Demand*
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Mr. Charles Moore
ADC # 129374

Address: Saline County Jail, 735 S. Neely, Benton, Arkansas 72015

Name of plaintiff: Mr. Ricky Ashley
ADC # 99718

Address: Saline County Jail, 735 S. Neely, Benton, Arkansas 72015

Name of plaintiff: Mr. Paul House
ADC # 1099590506

Address: Saline County Jail, 735 S. Neely, Benton, Arkansas 72015

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Gary M. Arnold,

Position: Circuit Court Judge

Place of employment: Twenty-Second Judicial District Saline County

Address: Courthouse, 200 N. Main Benton, Arkansas 72015

Name of defendant: Mike Robinson

Position: District Court Judge

This case assigned to District Judge Moody
and to Magistrate Harris

-4-

Place of employment District Court
Address 1605 Edison Ave, Benton Ark., 72015
Name of defendant Ken Casady
Position Prosecuting Attorney
Place of employment 22nd Judicial District Of Arkansas
Address 102 South Main Street, Benton, Arkansas 72015
Name of defendant Rebecca I. Bush
Position Chief Deputy
Place of employment 22nd Judicial District Of Arkansas
Address 102 South Main Street, Benton, Ark., 72015.
Name of defendant Carrie M. Robertson
Position Deputy Prosecutor
Place of employment 22nd Judicial District Of Arkansas
Address 102 South Main Street, Benton, Ark., 72015
Name of defendant Andrew C. Gill
Position Deputy Prosecutor
Place of employment 22nd Judicial District Of Arkansas
Address 102 South Main Street, Benton, Ark., 72015
Name of defendant Brian Clary
Position Deputy Prosecutor
Place of employment 22nd Judicial District Of Arkansas
Address 102 South Main Street, Benton, Ark., 72015
Name of defendant Vince Shoptaw
Position Deputy Prosecutor
Place of employment 22nd Judicial District Of Arkansas
Address 102 South Main Street, Benton, Ark., 72015
Name of defendant Shea Meeler
Position Deputy Prosecutor

-4-A-C

Place of employment 22nd Judicial District Of Arkansas
Address  102 South Main Street, Benton, Ark., 72015
Name of defendant Taylor Dugan
Position  Deputy Prosecutor
Place of employment 22nd Judicial District Of Arkansas
Address  102 South Main Street, Benton, Ark, 72015
Name of defendant Greg Sink
Position  Deputy Prosecutor
Place of employment 22nd Judicial District Of Arkansas
Address  102 South Main Street, Benton, Ark, 72015
Name of defendant Jermey Jones
Position  Parole Officer
Place of employment Parole Office
Address  306 Edison Avenue, Benton, AR 72015
Name of defendant Chris Walton
Position  Public Defender
Place of employment 22nd Judicial District
Address  321 North Main, Benton, Arkansas 72015
Name of defendant Jonathan Camp
Position  Public Defender
Place of employment 22nd Judicial District
Address  321 North Main, Benton, Arkansas 72015
Name of defendant J. Brent Standridge
Position  Public Defender
Place of employment 22nd Judicial District
Address  321 North Main, Benton, Arkansas 72015
Name of defendant Toney Braswell
Position  Public Defender

-4-B-C

Place of employment: Saline County Jail

Address: 735 South Neely, Benton, Ark., 72015

Name of defendant: Sgt. Parker

Position: Sargeant

Place of employment: Saline County Jail

Address: 735 South Neely, Benton, Ark., 72015

Name of defendant: Raymond Lobbs

Position: Cpl.

Place of employment: Saline County Sheriff's Office

Address: 735 South Neely, Benton, Ark., 72015

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

  Yes ___   No  X

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   ☐  Parties to the previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

-5-

☐ Court (if federal court, name the district; if state court, name the county): N/A

☐ Docket Number: N/A

☐ Name of judge to whom case was assigned: N/A

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

☐ Approximate date of filing lawsuit: N/A

☐ Approximate date of disposition: N/A

IV. Place of present confinement: Saline County Jail 735 South Neely, Benton, Arkansas 72015

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: Mr. Ashley was on the streets working for ATF Agents and in jail working for the defendants.

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes X   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✗   No ___

If not, why? __N/A__

__N/A__

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12-3-17 Cpl. Lobbs falsified a "police report" falsely alleged that he [Cpl. Lobbs] obtained a "firearm" from [Mr. Ashley's] person's, when in fact Cpl. Lobbs obtained the alleged Glenfield sawed off .22 caliber rifle from "another" officer that was on the seen, but, from a different County.

Plaintiff Ashley was charged with "Possession of a firearm by Certain Person" (5-73-103) and "Criminal Use of Prohibitated Weapon (5-73-104), Class D-Felonies. Ashley was than forced to work for the Defendant's through ATF Agents Maddox & O'Connor on the streets of Saline County where Mr. Ashley turned over 24 pounds of Methamphetamine, and over two and a half million dollars in cash to the Defendants. On 5-13-18 Defendant Billy Stevens whom alleged he was an "ATF Agent", broke into Mr. Ashley's home at 13700 Chicot Road, Lot #6, Mabelvale Arkansas 72103, and waited for Mr. Ashley for over an hour, armed with the very same sawed off Glenfield Model 75 .22 caliber rifle falsely alleged to have been obtained from Ashley on 12-3-17. Stevens stated to Ashley that "ATF and the Federal Judges have declared all Sundays "[NATIONAL KILL A NIGGER DAY]", and Stevens was there to Kill Mr. Ashley. The cited Defendants are still attempting to kill Mr. Ashley in which Mr. Ashley is within imminent danger of serious physical injury at the time of filing this complaint in that the defendants have Ashley incarcerate within the

-7-

Saline County Jail forcing Ashley to falsify evidences against other Saline and surrounding counties prisoners such as Plaintiffs' House #1099590506 and Moore #129374.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Ashley should be placed within a witness protection program, however; if the federal Judges are involved this will not be the case. Also Ashley will "fight" so, A jury should be appointed to hear and decied the facts of this case, as the Plaintiffs make a timely jury demand. The Plaintiffs seek a "declaritory Judgement" that the defendant's have so violated the Plaintiff's "First", "Fourth", "Fifth", "eighth", and "Fourteenth" Amendments to the U.S. Constitutional Rights. The Plaintiff's seek $5,000,000.00 million in Compensatory & $25,000,000.00 million in Punitive Damages pecuniary.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 20th day of June, 20 18.

6-28-18

#99718

Charles Moore #129374

PAUl Howse #1099590506

Signature(s) of plaintiff(s)

-8-

# JAIL DETAINEE GRIEVANCE FORM
## SALINE COUNTY DETENTION FACILITY
### 735 S. NEELY ST, BENTON, AR. 72015

Instructions: Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the complete form, write GRIEVANCE on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the APPEAL block

NAME: Mr. Ashley  #10867/128   CELL: G-7
DATE: 6 / 15 / 18
GRIEVANCE: ✓
APPEAL: ✓

PROBLEM: Please be advised that on 5-13-18 ATF agent Billy Stevens broke into my house and when I came home agent Stevens alleged that he had been waiting on me inside my home for two (2) hours with an altered Glenfield-Model 75 .22 caliber rifle. Billy Stevens stated that ATF and the Federal Judges have declared Sundays National "KILL A NIGGER DAY" and he [agent Billy Stevens] was there to kill me.

APPEAL:
Judges Mike Robinson and Gary M. Arnod, Lt. Carpenter, Sgt. Bentley, Sgt. Parker, Corporal Jones, Sheriff Rodney Wright, Deputy Smiley, Nurses Aron, Detive R. Stewart, and ATF-Agents Kenny Maddox and James O'Connor all have personal involvements in this incident.

RESPONSE: OK, you do what you feel you need to

Have a good day

Sgt Parker

RESPONDERS SIGNATURE: 
JAILER'S NAME (PRINT): Dep Army
DETAINEE'S NAME (PRINT): Mr. Ricky Ashley AKA "RULER"

-9-