IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES MOORE                                                            PLAINTIFF

V.                            CASE NO. 4:18-cv-00455 JM

GARY M. ARNOLD, *et al.*                                DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 20th day of August, 2018.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE